FILED  
United States Court of Appeals  
Tenth Circuit

May 14, 2013

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

STEPHANIE SALAZAR,

    Plaintiff - Appellant,

v.                                                                  No. 12-1390

CITY OF COMMERCE CITY, et al.,

    Defendants - Appellees.

_____

**ORDER**

_____

    This matter is before the court on Appellees' Motion to File Appendix Volumes VII and VIII under Seal (the "Motion"). The court has received from Appellees two volumes of the supplemental appendix to be filed under seal. The Motion suggests that the materials should remain under seal because the parties agreed during the district court proceedings that the materials are confidential. Appellant does not oppose the Motion.

    Upon consideration, the Motion is provisionally granted. The ultimate propriety of keeping the relevant appendix materials sealed is taken under advisement. The supplemental appendix volumes submitted as sealed will remain sealed at this time.

                                       Entered for the Court  
                                       ELISABETH A. SHUMAKER, Clerk

                                       *Lara Smith*

                                       by: Lara Smith  
                                          Counsel to the Clerk